**No. 55651.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 163904–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55652.**—Knox Trading Co., Inc. *v.* United States, protest 169166–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JUNE 12, 1951

**No. 55653.**—Sears, Roebuck & Co. *v.* United States, protests 128097–K/969, etc. (Chicago).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55654.**—Naumes Forwarding Service *v.* United States, protests 151517–K/2262, etc. (Chicago).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55655.**—Union Carbide and Carbon Corporation *v.* United States, protest 167095–K (Baltimore).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55656.**—Gilchrist Co. *v.* United States, protest 648393–G (Boston).

Opinion by RAO, J. The protest was dismissed.

**No. 55657.**—W. T. Grant Company *v.* United States, protests 975603–G and 975606–G (Baltimore).

Opinion by RAO, J. The protests were dismissed.

**No. 55658.**—Wm. Filene's Sons Co. *v.* United States, protests 104026–K and 109665–K (Boston).

Opinion by RAO, J. The protests were dismissed.

**No. 55659.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 673102–G/81126, etc. (Chicago).

Opinion by FORD, J. The protests were dismissed.

**No. 55660.**—Best & Co., Inc., et al. *v.* United States, protests 160794–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55661.**—R. H. Macy & Co., Inc. *v.* United States, protests 163226–K and 164715–K (New York).

Opinion by FORD, J. The protests were dismissed.